UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,

                          Plaintiffs,

      -against-

Homesick BVG, LLC

                          Defendant.

------------------------------------------------------------x

Case No 1:22-cv-04899-PGG-RWL

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kevin Yan Luis ("Plaintiff") and Homesick BVG, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____, 2023

The Law Office of Noor A. Saab, Esq.

By: _____
    Noor A. Saab Esq.
    *Attorney for Plaintiff*
    380 North Broadway, Ste 300
    Jericho, New York 11753
    Tel: 718-740-5060
    Email: SaabEsq@Gmail.com

Bochner IP, PLLC

By: _____
    Andrew D. Bochner, Esq.
    Paul L. Fraulo, Esq.
    *Attorney for the Defendant*
    295 Madison Ave., 12th Floor
    New York, NY 10017
    Tel: (646) 971-0685
    Email: andrew@bochnerip.com

SO ORDERED:

Dated: _____, 2023

                                                       _____
                                                       United States District Judge